**878**

*Philip D. Straffin* for appellant.

*Beatrice Shainswit* and *Robert H. Schaffer* for Joseph D. McGoldrick, State Rent Administrator, respondent.

*Per Curiam.* There was ample basis for the orders of respondent State Rent Administrator of April 24, 1952, decreasing the rent because of the diminution of essential services promised by the landlord and that rent reduction was properly continued as long as the services in question were withheld. While it appears that the landlord resumed furnishing such services in January of 1953, it also appears that the Administrator, by order, approved and directed restoration of the rent reductions.

The order of the Appellate Division should be affirmed, with costs.

LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ., concur; VAN VOORHIS, J., taking no part.

Order affirmed.

359 WEST 34TH STREET, INC., et al., Appellants, *v.* BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents, and HELEN HOREMIOTES, Intervener, Respondent.

Argued June 4, 1953; decided July 14, 1953.

*Robert T. Groh* for appellants.

*Denis M. Hurley, Corporation Counsel* (*Samuel D. Johnson* and *Seymour B. Quel* of counsel), for respondents.

*Joseph M. Lonergan* for intervener-respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of LONG ISLAND LIGHTING COMPANY, Respondent, against CITY OF LONG BEACH et al., Appellants, and BENJAMIN HOCHMAN, Intervener, Appellant.

Argued April 13, 1953; reargued June 3, 1953; decided July 14, 1953.